**Order entered April 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00329-CV

### IN THE INTEREST OF M.M., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-01300-W**

## ORDER

Before the Court is court reporter Martha Grant's April 29, 2019 request for an extension of time to file the record. She states the transcript is complete, but the exhibits need to be copied.

We **GRANT** the extension request and **ORDER** the record be filed **no later than May 3, 2019**. As the reporter's record in this accelerated appeal from a parental termination case was first due March 28, 2019 and two orders have issued concerning the record, we again caution Ms. Grant *that failure to file the record as directed may result in an order that she not sit as a court reporter until she complies.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Andrea Martin, Presiding Judge of the 304th Judicial District Court; Ms. Grant; and, the parties.

/s/    KEN MOLBERG
        JUSTICE